UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| JOHN FLETCHER, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | No. 1:10-cv-1204-WTL-DML |
| DONALD STINE, et al., | ) ) ) | |
| Defendants. | ) ) | |

**Entry Concerning Selected Matters**

**I.**

Fletcher's motion for leave to proceed *in forma pauperis* (dkt 3) is **granted**.

**II.**

Fletcher's "motion of notification" (dkt 5) is **denied**. Motions require reasons. Rule 7(b)(1) states in relevant part, "An application to the court for an order shall be made by motion which, unless made during a hearing or trial, shall be made in writing, shall state with particularity the grounds therefor, and shall set forth the relief or order sought." Fed. R. Civ. P. 7(b)(1). In the Seventh Circuit, "particularity" has been interpreted to mean "reasonable specification." *Talano v. Northwestern Med. Faculty Found., Inc.,* 273 F.3d 757, 760 (7th Cir. 2001). Because the motion of notification lacks a coherent statement of reasonable specification for the relief sought apart from the claims and request for relief set forth in the complaint, that motion is **denied.**

**IT IS SO ORDERED.**

Date: 10/04/2010

*William T. Lawrence*

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

John Fletcher
864190
New Castle Correctional Facility
Inmate Mail/Parcels
1000 Van Nuys Road
New Castle, IN 47362